[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 05-12824
Non-Argument Calendar

————————————————

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
JANUARY 17, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00985-CV-ORL-18-JGG

LISA BOWERS,
ROBERT BOWERS,

Plaintiffs-Appellants,

versus

UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD.,
d.b.a. Universal Studios Florida,

Defendant-Appellee.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

**(January 17, 2006)**

Before TJOFLAT, MARCUS and COX, Circuit Judges.

PER CURIAM:

Following a jury verdict for the Defendant, on which the trial court entered judgment, the Plaintiffs appeal, seeking a new trial.

We have carefully considered the briefs, and relevant parts of the record, and conclude that the Plaintiffs have failed to identify any reversible error.

**AFFIRMED.**